## McCormick and Others v. Taylor.

Where commissioners appointed to assign dower refused or neglected to act, the Court was authorized, by the R. S. 1843, to appoint others in their stead.

The right of the Court to appoint other commissioners to act, upon a refusal or failure of commissioners previously appointed, exists, also, independent of any statute.

The evidence of commissioners appointed to assign dower may be heard in impeachment of their assignment.

APPEAL from the *Tippecanoe* Court of Common Pleas. PERKINS, J.—Application for dower. Dower assigned. The commissioners first appointed to make the assignment failed and refused to act, and the Court appointed others in their stead. This was right. The statute expressly authorized the act. R. S. 1843, p. 805, sec. 79. And if it had not, the necessity of the case justified it.

On the coming in of the report of the assignment made
by the second set of commissioners, the defendant resisted
its confirmation, and proposed to impeach its fairness by
one of the commissioners who made it.  The Court refused
to permit the commissioner to testify, on the ground that
he could not be heard to impeach the assignment made by
commissioners of whom he was one.

Affidavits of jurors are not allowed in impeachment of
their verdicts.   On the other hand, arbitrators are con-
stantly heard touching their awards.

We have looked into the reasons given by lord *Mansfield,*
being all that have been assigned, in *Owen* v. *Warburton,*
1 B. and P. (N. R.) 326, and in *Vaise* v. *Delaval,* 1 T. R. 11,
for the exclusion of the affidavits of jurors; and however
weighty they may have been in his day in *England,* or
may be now, in the case of jurors, who sit in secret, must
be unanimous, and are by law, to a considerable extent,
and for solid reasons, an independent, irresponsible body,
we think they are not such as apply with sufficient force
to commissioners for the assignment of dower, to cause
their testimony to be excluded.

*Per Curiam.*—The decree is reversed with costs.  Cause
remanded, &c.

*Z. Baird,* for the appellants.

*J. Pettit* and *S. A. Huff,* for the appellee.